UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

IN THE MATTER OF THE
APPOINTMENT OF BRUCE J.
McGIVERIN AS A UNITED STATES
MAGISTRATE JUDGE.

Misc. No. 07- 014 (JAF)

## O R D E R

As a result of a Merit Selection Panel recommendation, the active judges of this Court selected Bruce J. McGiverin to be a United States Magistrate Judge in the District of Puerto Rico.

Having received a favorable background investigation report, as well as the Administrative Office of the United States Courts' authorization to proceed with a formal appointment, I, José Antonio Fusté, Chief Judge of this District Court, hereby formally appoint Mr. McGiverin to the mentioned position for the term provided by law. His oath of office will be administered on January 19, 2007, at Noon.

San Juan, Puerto Rico, this 18th day of January, 2007.

BY ORDER OF THE COURT:

JOSE ANTONIO FUSTÉ
Chief U. S. District Judge

JAN 1 9 2007

s/c: Bruce McGiverin

AO 72A
(Rev.8/82)